# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO.  3:92cr3004LAC

MICHAEL ROGERS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __November 29, 2006__

Motion/Pleadings:  __MOTION UNDER TITLE U.S.C. 3583(e)(1) FOR MODIFICATION OF SUPERVISED RELEASE__

Filed by __DEFENDANT PRO SE__ on __9/21/2006__ Doc.# __38__

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of November, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.